UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
Case No. 3:17-CV-91-DJH

SONJA M. TYSON PLAINTIFF

v.

GENESIS ELDERCARE REHABILITATION SERVICES, LLC, *et al.* DEFENDANTS

**NOTICE OF REMOVAL**

Defendants, Genesis Eldercare Rehabilitation Services, LLC, and Regency Nursing, LLC ("Regency Center"), hereby remove to the United States District Court for the Western District of Kentucky, Louisville Division, the action captioned *Sonja M. Tyson, v. Genesis Eldercare Rehabilitation Services, LLC d/b/a Regency Center,* Case No. 17-CI-00222, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky. As grounds for removal of the Action, Defendants state:

1. On or about January 11, 2017, Sonja M. Tyson, in her individual capacity, filed a Complaint in Jefferson County Circuit Court, Case No. 17-CI-00222. Defendant, Genesis Eldercare Rehabilitation Services, LLC, was served with a single summons and a copy of the Complaint on January 17, 2017, through its agent for service of process, Corporation Service Company. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. §1446(a). To date, Regency Nursing, LLC d/b/a Regency Center has not been served through its registered agent.[1]

[1] In her Complaint, Plaintiff incorrectly asserts that "Regency Center" is the assumed name of Genesis Eldercare Rehabilitation Services, LLC. Regency Center is not an assumed name of Genesis Eldercare Rehabilitation Services, LLC. Regency Center is the assumed name of Regency Nursing, LLC. Regency Nursing, LLC has not been served through its registered agent for service of process.

2. Upon information and belief, Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 17-CI-00222, a citizen of the state of Kentucky.

3. Defendant, Genesis Eldercare Rehabilitation Services, LLC, at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 17-CI-00222, is a limited liability company organized under the laws of the state of Pennsylvania and has a principal place of business in Pennsylvania.

4. In further support of diversity jurisdiction, Genesis Eldercare Rehabilitation Services, LLC states that the sole member of Genesis Eldercare Rehabilitation Services, LLC is Genesis Holdings, LLC. Genesis Holdings, LLC was organized under the laws of Delaware and has a principal place of business in Pennsylvania. The parent entity of Genesis Holdings, LLC is Genesis HealthCare, LLC. Genesis HealthCare, LLC was organized under the laws of Delaware and has a principal place of business in Pennsylvania. The parent entity of Genesis HealthCare, LLC is GEN Operations II, LLC. GEN Operations II, LLC was organized under the laws of Delaware and has a principal place of business in Pennsylvania. The parent entity of GEN Operations II, LLC is GEN Operations I, LLC. GEN Operations I, LLC was organized under the laws of Delaware and has a principal place of business in Pennsylvania. The parent entity of GEN Operations I, LLC is FC-GEN Operations Investment, LLC. FC-GEN Operations Investment, LLC was organized under the laws of Delaware and has a principal place of business in Pennsylvania. The managing member of FC-GEN Operations Investment, LLC is Sun Healthcare Group, Inc. Sun Healthcare Group, Inc. was organized under the laws of Delaware and has a principal place of business in Pennsylvania. The parent entity of Sun Healthcare Group, Inc. is

Genesis Healthcare, Inc. Genesis Healthcare, Inc. was organized under the laws of the state of Delaware with a principal place of business in Pennsylvania.

5. Defendant, Regency Nursing, LLC d/b/a Regency Center, at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 17-CI-00222, is a limited liability company organized under the laws of the state of Delaware and has a principal place of business in Pennsylvania.

6. In further support of diversity jurisdiction, Regency Center states that the sole member of Regency Nursing, LLC is HBR Kentucky, LLC. HBR Kentucky, LLC was organized under the laws of the state of Delaware and has a principal place of business in Pennsylvania. The sole member of HBR Kentucky, LLC is Harborside Healthcare Limited Partnership. Harborside Healthcare Limited Partnership was organized under the laws of the state of Massachusetts with a principal place of business in Pennsylvania. The parent entity of Harborside Healthcare Limited Partnership is Harborside Healthcare Advisors Limited Partnership. Harborside Healthcare Advisors Limited Partnership was organized under the laws of Massachusetts with a principal place of business in Pennsylvania and its parent entity is Harborside Healthcare, LLC. Harborside Healthcare, LLC was organized under the laws of the state of Delaware with a principal place of business in Pennsylvania. The parent of Harborside Healthcare, LLC is Sunbridge Healthcare, LLC. Sunbridge Healthcare, LLC was organized under the laws of the state of New Mexico with a principal place of business in Pennsylvania. The parent of Sunbridge Healthcare, LLC is Sun Healthcare Group, Inc. Sun Healthcare Group, Inc. was organized under the laws of the state of Delaware with a principal place of business in Pennsylvania. The parent of Sun Healthcare Group, Inc. is Genesis Healthcare, Inc. Genesis Healthcare, Inc. was organized under the laws of the state of Delaware with a principal place of business in Pennsylvania.

7. Due to the allegations raised in the Complaint attached hereto, Defendants believe that Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs.

8. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1332(a)(1) and is one that may be removed to this Court pursuant to 28 U.S.C. §1441(a). This is an action between citizens of different states.

9. This Notice of Removal is filed within thirty (30) days after Defendants received a copy of Plaintiff's Complaint, as required by 28 U.S.C. §1446(b).

10. A copy of this Notice of Removal will be filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon other counsel of record.

Respectfully submitted,

**GWIN STEINMETZ & BAIRD, PLLC**

/s/ Michael F. Sutton
Michael F. Sutton
David L. Haney
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
msutton@gsblegal.com
dhaney@gsblegal.com
*Counsel for Defendants, Genesis Eldercare Rehabilitation Services, LLC and Regency Nursing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ray H. Stoess, Jr.
600 West Main Street, Suite 100
Louisville, Kentucky 40202
*Counsel for Plaintiff*

/s/ Michael F. Sutton

Michael F. Sutton
David L. Haney
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
msutton@gsblegal.com
dhaney@gsblegal.com
*Counsel for Defendants, Genesis Eldercare Rehabilitation Services, LLC and Regency Nursing, LLC*