

**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

null / ALL
Transmittal Number: 16112834
Date Processed: 01/17/2017

| | |
|---|---|
| Primary Contact: | Lisa C. Holahan<br>Genesis HealthCare LLC<br>101 E. State Street<br>Kennett Square, PA 19348 |
| Electronic copy provided to: | Jarrolyn Quinones |
| Entity: | Genesis Eldercare Rehabilitation Services, LLC<br>Entity ID Number 3431590 |
| Entity Served: | Genesis Eldercare Rehabilitation Services, LLC |
| Title of Action: | Sonja M. Tyson vs. Genesis Eldercare Rehabilitation Services, LLC dba Regency Center |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Jefferson County Circuit Court, Kentucky |
| Case/Reference No: | 17CI00222 |
| Jurisdiction Served: | Kentucky |
| Date Served on CSC: | 01/17/2017 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Ray H. Stoess, Jr.<br>502-583-8633 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  .  sop@cscglobal.com


| AOC-105   Doc. Code: CI <br> Rev. 1-07 <br> Page 1 of 1 <br> Commonwealth of Kentucky <br> Court of Justice   www.courts.ky.gov <br> CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No.: **17CI00222** <br> Court   ☑ Circuit ☐ District <br> County   Jefferson |

**PLAINTIFF**

SONJA M. TYSON

2116 Beuchel Bank Road

Louisville KY 40218

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)

VS.

**DEFENDANT**

GENESIS ELDERCARE REHABILITATION SERVICES, LLC dba REGENCY CENTER

1550 Raydale Drive

Louisville KY 40219

**Service of Process Agent for Defendant:**

Corporation Service Company, Registered Agent

Genesis Eldercare Rehabilitation Services, LLC

421 West Main Street

Frankfort KY 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: __JAN 11 2017__, 2____      DAVID L. NICHOLSON, CLERK _____Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ____ day of _____ 2____.

Served by: _____

_____ Title

NO. _____           JEFFERSON CIRCUIT COURT

**17CI00222**

DIVISION _____

**SONJA M. TYSON**
2116 Beuchel Bank Road
Louisville, Kentucky 40218

JEFFERSON CIRCUIT COURT
DIVISION ELEVEN (11)

PLAINTIFF

V.

## COMPLAINT

**GENESIS ELDERCARE REHABILITATION SERVICES, LLC**
**dba REGENCY CENTER**
1550 Raydale Drive
Louisville, Kentucky 40219

    Serve:
        Corporation Service Company
        Registered Agent
        Genesis Eldercare Rehabilitation Services, LLC
        421 West Main Street
        Frankfort, Kentucky 40601

    Also Serve:
        Managing Agent
        Regency Center
        1550 Raydale Drive
        Louisville, Kentucky 40219

DEFENDANT

\*\*\* \*\*\* \*\*\*

Plaintiff, Sonja M. Tyson, for her Complaint herein, states as follows:

1.     Plaintiff, Sonja M. Tyson, is a resident of Louisville, Jefferson County, Kentucky and Defendant, Genesis Eldercare Rehabilitation Services, LLC, is a foreign limited liability company doing business in Louisville, Jefferson County, Kentucky and as such has designated

Corporation Service Company as agent for the service of process in this and other actions filed in Kentucky.

2. Plaintiff states that, at all times herein after mentioned, Defendant, Genesis Eldercare Rehabilitation Services, LLC, was the owner and operator of a long term care facility known as Regency Center located at 1550 Raydale Drive, Louisville, Jefferson County, Kentucky.

## COUNT I

3. From about 2007 until January 11, 2016, Plaintiff was a resident at Regency Center located at 1550 Raydale Drive, Louisville, Jefferson County, Kentucky. Plaintiff was placed in Defendant's care since she was not able to care for herself due to mental and physical limitations, and because Defendant held itself out as being able to care for Plaintiff. Defendant was aware of the condition of Plaintiff and aware of the safety, monitoring, assistance, and personal attention that needed to be provided to Plaintiff.

4. Plaintiff states that during the time she was a resident therein, Defendant, through its agents, servants, employees, and/or ostensible agents, carelessly and negligently failed to provide appropriate care for Plaintiff and as a consequence thereof, Plaintiff sustained severe injuries including but not limited to decubitus ulcers, skin breakdown, acute kidney failure, dehydration, sepsis, and urinary tract infection.

5. Plaintiff states that her said injuries are painful and permanent; that she has been and will be compelled to expend money for doctors, hospitals, medicines, and other medical expenses all to her damage in an amount in excess of the minimum jurisdictional requirements for the Circuit Courts of the State of Kentucky.

## COUNT II

6. The acts and/or omissions of Defendant were such major and significant deviations from accepted medical, nursing and rehabilitation practice that they, in addition to negligence, constituted wanton, reckless disregard and/or grossly negligent conduct and as such, give rise to and warrant the imposition by the jury of significant punitive damages against the Defendant.

## COUNT III

7. Plaintiff entered into an agreement with the Defendant whereby the Defendant, in exchange for valuable consideration, agreed to provide Plaintiff with, among other things, adequate living assistance, skilled medical and nursing care, and skilled supervision.

8. That the Defendant breached its agreement with Plaintiff, in that the Defendant failed to provide Plaintiff with adequate living assistance, skilled medical and nursing care, and skilled supervision.

9. That as a legal and proximate result of the Defendant's breach, Plaintiff suffered injuries to her person as set out above and she is, thus, entitled to recovery from Defendant for all remedies available to her for breach of contract.

## COUNT IV

10. That Defendant, by and through its agents, servants, employees and/or ostensible agents, deprived and infringed upon Plaintiff's rights as specified in section 216.515 of the Kentucky Revised Statutes.

11. That as a legal and proximate result of the Defendant's actions, Plaintiff suffered injuries to her person, including but not limited to decubitus ulcers, skin breakdown, acute kidney failure, dehydration, sepsis, urinary tract infection, mental and physical suffering.

12. That Plaintiff is, thus, entitled to recovery from Defendant for all remedies available to her under section 216.515 of the Kentucky Revised Statutes.

13. The claims herein presented exceed the minimum jurisdictional limits of the Circuit Court said the state of Kentucky.

**WHEREFORE**, Plaintiff respectfully demands the following:

1. Judgment against Defendant, Genesis Eldercare Rehabilitation Services, LLC, dba Regency Center, in an amount that will compensate Plaintiff for all compensatory and/or statutory damages from the Defendant, including but not limited to pain and suffering and medical expenses in such amount as the trier of fact shall deem just and reasonable;

2. Judgment against Defendant for punitive damages in an amount or amounts determined by the trier of the fact;

3. That the Plaintiff be awarded all appropriate costs, attorneys' fees and interest authorized by law;

4. A trial by jury on all issues so triable; and

5. Any other such relief as is deemed just and appropriate.

RAY H. STOESS, JR.
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 583-8633
raystoess@600westmain.com
Attorney for Plaintiff

4



DAVID L. NICHOLSON
JEFFERSON COUNTY CIRCUIT COURT
LOUIS D. BRANDEIS HALL OF JUSTICE
600 WEST JEFFERSON STREET
LOUISVILLE, KENTUCKY 40202

7015 3430 0001 2054 8030

U.S. POSTAGE >> PITNEY BOWES
ZIP 40202 $ 006.67⁵
02 4W
0000339432 JAN 11 2017

Corporation Service Company, Reg. Agent
**Genesis Eldercare Rehabilitation Services, LLC**
421 West Main Street
Frankfort Ky 40601

40601-18152