**FILED**

Vanessa L Armstrong, Clerk

Aug 14 2017

U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **SONYA TYSON** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**GENESIS ELDERCARE** )<br>**REHABILITATION SERVICES, LLC** )<br>**dba REGENCY CENTER** )<br>1550 Raydale Drive )<br>Louisville, Kentucky 40219 )<br>)<br>and )<br>)<br>**REGENCY NURSING, LLC,** )<br>**dba REGENCY CENTER** )<br>1550 Raydale Drive )<br>Louisville, Kentucky 40219 )<br>)<br>Defendants. ) | Case No. 3:17-cv-00091-DJH<br><br>Judge David J. Hale<br><br>**AMENDED COMPLAINT** |

\*\*\* \*\*\* \*\*\*

Plaintiff, Sonja M. Tyson, for her Complaint herein, states as follows:

1. Plaintiff, Sonja M. Tyson, is a resident of Louisville, Jefferson County, Kentucky and Defendant, Genesis Eldercare Rehabilitation Services, LLC, is a foreign limited liability company doing business as Regency Center at 1550 Raydale Drive, Louisville, Jefferson County, Kentucky and Defendant, Regency Nursing, LLC, is a foreign limited liability company doing business at 1550 Raydale Drive, Louisville, Jefferson County, Kentucky.

2. Plaintiff states that, on information and belief, at all times hereinafter mentioned, Defendant, Genesis Eldercare Rehabilitation Services, LLC, and Defendant, Regency Nursing,

1

LLC, owned and operated of a long term care facility doing business as Regency Center located at 1550 Raydale Drive, Louisville, Jefferson County, Kentucky.

## COUNT I

3.     From about 2007 until January 11, 2016, Plaintiff was a resident at Regency Center located at 1550 Raydale Drive, Louisville, Jefferson County, Kentucky. Plaintiff was placed in Defendant's care since she was not able to care for herself due to mental and physical limitations, and because Defendant held itself out as being able to care for Plaintiff. Defendant was aware of the condition of Plaintiff and aware of the safety, monitoring, assistance, and personal attention that needed to be provided to Plaintiff.

4.     Plaintiff states that during the time she was a resident therein, Defendants, through their agents, servants, employees, and/or ostensible agents, carelessly and negligently failed to provide appropriate care for Plaintiff and as a consequence thereof, Plaintiff sustained severe injuries including but not limited to decubitus ulcers, skin breakdown, acute kidney failure, dehydration, sepsis, and urinary tract infection.

5.     Plaintiff states that her said injuries are painful and permanent; that she has been and will be compelled to expend money for doctors, hospitals, medicines, and other medical expenses all to her damage in an amount in excess of the minimum jurisdictional requirements for the United States District Courts.

## COUNT II

6.     The acts and/or omissions of Defendants were such major and significant deviations from accepted medical, nursing and rehabilitation practice that they, in addition to negligence, constituted wanton, reckless disregard and/or grossly negligent conduct and as such,

give rise to and warrant the imposition by the jury of significant punitive damages against the Defendants.

## COUNT III

7. Plaintiff entered into an agreement with the Defendants whereby the Defendants, in exchange for valuable consideration, agreed to provide Plaintiff with, among other things, adequate living assistance, skilled medical and nursing care, and skilled supervision.

8. That the Defendants breached its agreement with Plaintiff, in that the Defendants failed to provide Plaintiff with adequate living assistance, skilled medical and nursing care, and skilled supervision.

9. That as a legal and proximate result of the Defendants' breach, Plaintiff suffered injuries to her person as set out above and she is, thus, entitled to recovery from Defendants for all remedies available to her for breach of contract.

## COUNT IV

10. That Defendants, by and through its agents, servants, employees and/or ostensible agents, deprived and infringed upon Plaintiff's rights as specified in section 216.515(6) of the Kentucky Revised Statutes.

11. That as a legal and proximate result of the Defendants' actions, Plaintiff suffered injuries to her person, including but not limited to decubitus ulcers, skin breakdown, acute kidney failure, dehydration, sepsis, urinary tract infection, mental and physical suffering.

12. That Plaintiff is, thus, entitled to recovery from Defendants for all remedies available to her under section 216.515(6) of the Kentucky Revised Statutes.

13. The claims herein presented exceed the minimum jurisdictional limits of the United States District Courts.

**WHEREFORE**, Plaintiff respectfully demands the following:

1. Judgment against Defendant, Genesis Eldercare Rehabilitation Services, LLC, and Defendant, Regency Nursing, LLC, dba Regency Center, jointly and severally, in an amount that will compensate Plaintiff for all compensatory and/or statutory damages from the Defendants, including but not limited to pain and suffering and medical expenses in such amount as the trier of fact shall deem just and reasonable;

2. Judgment against Defendants for punitive damages in an amount or amounts determined by the trier of the fact;

3. That the Plaintiff be awarded all appropriate costs, attorneys' fees and interest authorized by law;

4. A trial by jury on all issues so triable; and

5. Any other such relief as is deemed just and appropriate.

/s/ Ray H. Stoess, Jr.
RAY H. STOESS, JR.
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 583-8633
FAX (502) 568-3600
Email raystoess@600westmain.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 30th day of June 2017 the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael F. Sutton
msutton@gsblegal.com
David L. Haney
dhaney@gsblegal.com
401 West Main Street, Suite 1000
Louisville, KY 40202
*Attorneys for Defendants,*
*Genesis and Regency*

                                              /s/ Ray H. Stoess, Jr.
                                              RAY H. STOESS, JR.